UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIMOTHY PARKS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:09-cv-1174-SEB-TAB |
| ) | |
| EDWIN BUSS, al., ) | |
| ) | |
| Defendants. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The complaint violates the joinder of claims limitation of the *Federal Rules of Civil Procedure*. In *George v. Smith*, 507 F.3d 605 (7th Cir. 2007), the Court of Appeals explained that such a nonconforming complaint must be "rejected." "Unrelated claims against different defendants belong in different suits." *Id.* at 607. Instead, Rule 18 allows joinder of multiple parties only when the allegations against them involve the same conduct or transaction and common questions of fact and law as to all defendants. The violation here consists of the diversity of claims against the multitude of defendants. Accordingly, the complaint is "rejected."

2. The plaintiff shall have **through December 30, 2009,** in which to **file an amended complaint** which does not violate Rule 18.

3. The motion to dismiss or alternatively to strike the plaintiff's complaint filed by defendants Edwin Buss, Michael Pavese, Jim Wynn, Curtis Mock, Mark Sevier, Randall Gentry, and Steve Christman (dkt 21) is **denied as moot.**

4. No defendant need file an answer or other responsive pleading to the original complaint.

**IT IS SO ORDERED.**

Date: 12/01/2009

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeffrey P. Hintermeister
O'KOON HINTERMEISTER PLLC
jhintermeister@okoon.com

Eric Powell Overpeck
INDIANA ATTORNEY GENERAL
eoverpeck@atg.in.gov

Cory Christian Voight
INDIANA OFFICE OF THE ATTORNEY GENERAL
cory.voight@atg.in.gov

Seth M. Thomas
ICE MILLER LLP
seth.thomas@icemiller.com

Bradley L. Williams
ICE MILLER LLP
williamb@icemiller.com

TIMOTHY PARKS
1621 East 32nd Street
Anderson, IN 46013